IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 25-cv-00815-NYW-STV | Date:   September 25, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                  *Counsel:*

STUART PATRICK MCLANEY,                          Andrew Joseph McNulty

   Plaintiff,

v.

JOSEPH ROYBAL; *et al*,                                       Nathan James Whitney
                                                                                    Christopher Ryan Jones

   Defendants.

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:       10:38 a.m.**
Court calls case.  Appearances of counsel. Counsel for H.I.G. Capital, LLC has failed to appear.

This matter is before the Court regarding Defendant's Motion to Stay Discovery [ECF Doc. No 65, filed on 8/25/2025].

H.I.G. Capital, LLC has failed to appear in the hearing today and failed to respond to the Motion [ECF Doc. No 65].

Further arguments by counsel.

For the reasons stated on the record, it is:

**ORDERED:**            Defendant's Motion to Stay Discovery [ECF Doc. No 65] is **GRANTED**.

                       If the Motion [ECF Doc. No 61] is ruled on and the Motion [ECF Doc. No 69] remains pending, the parties shall contact chambers within five (5) days.

HEARING CONCLUDED.

**Court in recess:**     10:57 a.m.
Total time in court:   00:19

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.