## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00815-STV

STUART PATRICK MCLANEY,

       Plaintiff,

v.

EL PASO COUNTY, COLORADO,
WELLPATH, LLC, H.I.G. CAPITAL,
LLC, JOSEPH ROYBAL, in his individual
and official capacities, SANDRA RINCON,
in her individual capacity, DYLAN COX, in
his individual capacity, KAYLA WHIGHAM,
in her individual capacity, DONIELLE
CODDINGTON, in her individual capacity,
GEORGE SANTINI, in his individual capacity,
ANTHONY LUPO, in his individual capacity,
ZOE ROCHE, in her individual capacity,
EVIE DECKER, in her individual capacity,
NICOLE CARROLL, in her individual capacity,
PAM DOBYNS, in her individual capacity.

       Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
---

NOW COMES Christopher Jones of the law firm Gordon Rees Scully Mansukhani LLP

("Moving Counsel"), who hereby move before this Court for an Order withdrawing him as counsel

for Defendants Donielle Coddington, Dylan Cox, Nicole Carroll, Anthony Lupo ("Nursing

Defendants") in this matter. In support of this motion, the undersigned states as follows:

1.     Defendant Wellpath, LLC, retained Gordon Rees Scully Mansukhani to represent

the Nursing Defendants in this action.

1

2.      Good cause exists for withdrawal. Wellpath, LLC, pursuant to it employee agreement with Nursing Defendants, is responsible for attorneys' fees and costs for Moving Counsels' services rendered in defending the Nursing Defendants. As a result of the bankruptcy, Wellpath is no longer required to honor its agreement to provide a defense for the Nursing Defendants.[1] On December 5, 2025, Wellpath notified the Nursing Defendants that it was withdrawing its defense of them as they no longer work for Wellpath, LLC. Therefore, Wellpath will no longer pay attorneys' fees and costs with respect to defense of the Nursing Defendants.

3.      On December 8, 2025, undersigned counsel notified via letter[2] Donielle Coddington, Nicole Carroll, and Anthony Lupo that Wellpath had withdrawn its defense of them. Additionally, Wellpath requested that if any of the Nursing Defendants wanted GRSM to remain as counsel to inform them of the same. As of the date of this motion, Moving Counsel has not been retained as counsel by the Nursing Defendants. Therefore, good cause exists for withdrawal.

4.      On February 2, 2026, undersigned counsel sent the Nursing Defendants this Motion. Additionally, undersigned counsel informed the Nursing Defendants that they were responsible for complying with all court orders and time limitations established by applicable statutes and rules pursuant to D.C.COLO.LAttyR 5(b).

5.      On February 5, 2026, undersigned counsel was informed that Wellpath had withdrawn its defense of Dylan Cox. On February 6, 2026, undersigned counsel sent Mr. Cox a letter with this motion. Additionally, undersigned counsel informed Mr. Cox that he was

---

[1] See Bankruptcy Court Dkt. No. 9207 at Paragraph 5 ("Such holders of Claims and Interests remain enjoined from enforcing recovery from the Debtors, the Debtors' estates, or the Post-Restructuring Debtors with respect to any indemnification obligations for such employees; provided, that nothing shall prevent the Post-Restructuring Debtors from electing to honor such indemnification rights pursuant to the provisions of the Plan").
[2] The contents of the letter are protected by attorney-client privilege.

responsible for complying with all court orders and time limitations established by applicable statues and rules pursuant to D.C.COLO.LAttyR 5(b).

6.      In preparation to file this Motion, undersigned counsel notified all Nursing Defendants via email that this Motion was being filed and each Nursing Defendant would be responsible for abiding by Court orders.

7.      Conferral is not required as this motion is brought pursuant to D.C.COLO.L.AttyR 5(b). *See* D.C.COLO.LCivR.7(b)(4).

8.      Defendants' last known contact information is as follows:

> Nicole Carroll
> 708 Michigan Ave
> Limon, CO 80828
> Nicole.carroll.us@gmail.com
>
> Anthony Lupo
> 7934 French Road
> Colorado Springs, CO 80920
> Frank1322@gmail.com
>
> Donielle Coddington
> 120 Mitchell Street
> Colorado Springs, CO
> dwatson228@yahoo.com
>
> Dylan Cox
> jorycox@hotmail.com
> Ph. #: 916-749-0076

WHEREFORE, the undersigned respectfully requests that this Court enter an Order allowing Christopher Jones of Gordon Rees Scully Mansukhani to withdraw as attorney of record for Defendants Nicole Carroll, Anthony Lupo, Donielle Coddington and Dylan Cox.

3

Respectfully submitted this 9th day of February 2026.

**GORDON REES SCULLY
MANSUKHANI, LLP**


 */s/  Christopher R. Jones*
Christopher R. Jones, #41488
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
crjones@grsm.com

Attorneys for Nursing Defendants

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February 2026, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/  Christopher R. Jones
Christopher R. Jones