IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

Civil Action: 25-cv-00815-NYW-STV          Date: February 26, 2026
Courtroom Deputy: Emily Buchanan          FTR – Reporter Deck-Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| STUART PATRICK MCLANEY, | Andrew McNulty |
| Plaintiff, | |
| v. | |
| THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO, et al, | Nathan Whitney (by telephone) |
| | Steven Martyn (by telephone) |
| | Christopher Jones (by telephone) |
| Defendants. | |

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**MOTION HEARING**
**Court in session:   3:08 p.m.**
Court calls case.  Appearances of counsel.  Also present are Defendants Nicole Carroll, Donielle Coddington, and Dylan Cox.  Defendant Anthony Lupo is not present.

This matter is before the Court regarding the Motion to Withdraw as Counsel of Record [Doc. 92].

For the reasons stated on the record, it is:

**ORDERED:   Motion to Withdraw as Counsel of Record [Doc. 92] is GRANTED.**

Court advises Pro Se Defendants that they are responsible for all Court dates and all obligations in this case.  Pro Se Defendants shall check in with the Courtroom Deputy after the hearing to provide their mailing addresses and phone numbers.

**ORDERED:   Scheduling Conference is set for May 20, 2026 at 11:00 a.m. in Courtroom A 402 before Chief Magistrate Judge Scott T. Varholak.  Court permits**

**telephonic appearances and Parties may call Teleconference Number 571-353-2301 and use Guest Code 252821415#.  Parties shall submit a Proposed Scheduling Order no later than May 13, 2026.**

HEARING CONCLUDED.

**Court in recess:**      **3:14 p.m.**
Total time in court:    00:06

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.