United States Bankruptcy Court
District of Colorado

**EXHIBIT A**

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 07/21/2026 at 4:46 PM and filed on 07/21/2026.

**Anthony Frank Lupo, II**
7934 French Rd
Colorado Springs, CO 80920
SSN / ITIN: xxx-xx-0178
*aka* **Anthony Lupo**

U. S. BANKRUPTCY COURT DISTRICT OF COLORADO SEAL
FILED
07/21/2026
4:46 PM

The case was filed by the debtor's attorney:

**Nathaniel Thompson**
Robinson and Henry, PC
7555 E Hampden Ave Suite 600
Denver, CO 80231
303-338-2362

The bankruptcy trustee is:

**Tom H. Connolly**
Tom Connolly, LLC
PO Box 68
Lafayette, CO 80026-0068
303-661-9292

The case was assigned case number 26-15268-JGR to Judge Joseph G. Rosania.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.cob.uscourts.gov or at the Clerk's Office, US Bankruptcy Court, US Custom House, 721 19th St., Denver, CO 80202-2508.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kenneth S. Gardner**
**Clerk, U.S. Bankruptcy Court**

---

| PACER Service Center |
|---|
| Transaction Receipt |
| 07/27/2026 09:47:19 |