**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:25-cv-00815-NYW-STV

STUART PATRICK MCLANEY;

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO, COLORADO,
WELLPATH, LLC, as a nominal defendant,
MATTHEW J. DUNDON, in his capacity as trustee for the Wellpath Holdings, Inc. Liquidating Trust, as a nominal defendant,
JOSEPH ROYBAL, in his individual and official capacities,
SANDRA RINCON, in her individual capacity,
DYLAN COX, in his individual capacity,
KAYLA WHIGHAM, in her individual capacity,
DONIELLE CODDINGTON, in her individual capacity,
GEORGE SANTINI, in his individual capacity,
ANTHONY LUPO, in his individual capacity,
ZOE ROCHE, in her individual capacity,
EVIE DECKER, in her individual capacity,
NICOLE CARROLL, in her individual capacity, and
PAM DOBYNS, in her individual capacity,

Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

COMES NOW Jonathan L. Stein of the law firm of Robinson & Henry, P.C., who hereby submits his Motion to Withdraw as Counsel of Record (the "Motion") by which he moves this Court for an Order granting his withdrawing as counsel for Defendant Anthony Lupo in this matter, and in support thereof, he states and alleges as follows:

1. Defendant Anthony Lupo ("Mr. Lupo"), retained Robinson & Henry, P.C. to represent him in this action.

2. Good cause exists for withdrawal. Mr. Lupo filed for bankruptcy, Case No. 26-15238-JGR, on July 21, 2026.

3. Mr. Lupo filed a Notice of Bankruptcy Filing and Automatic Stay [Doc. 121] on July 31, 2026.

4. The Court entered a Minute Order on August 18, 2026, [Doc. 122], taking note of Defendant Lupo's bankruptcy filing and Ordered that all proceedings in this action are stayed as to Defendant Lupo. The Court further ordered that within three business days of the automatic stay being terminated or modified, Defendant Lupo shall file a status report with this Court informing the Court of the status of the bankruptcy proceedings.

5. Mr. Lupo has informed undersigned counsel that he cannot afford an attorney and requested undersign to withdraw from the case.

6. In preparation to file this Motion, undersign notified Mr. Lupo via email that this Motion was being filed and that Mr. Lupo would be responsible for abiding by Court orders.

7. Conferral is not required as this Motion is brought pursuant to D.C.COLO.L.AttyR 5(b). *See* D.C.COLO.LCivR.7(b)(4).

8. Mr. Lupo's last known contact information is as follows:

Anthony Lupo
7934 French Road
Colorado Springs, CO 80920
Frank1322@gmail.com

WHEREFORE, the undersign counsel respectfully requests that this Court enter an Order allowing Jonathan L. Stein of Robinson & Henry, P.C. to withdraw as attorney of record for Defendant Anthony Lupo.

Dated this 5th day October 2026.

Respectfully Submitted,

**ROBINSON & HENRY, P.C.**

s/ *Jonathan L. Stein*
Jonathan L. Stein, Atty. Reg. No. 48343
8000 South Chester Street, Ste. 125
Centennial, Colorado 80112
Phone: 720-597-3668
Fax: 303-284-2942
jonathan.stein@robinsonandhenry.com

*Attorney for Defendant Anthony Lupo*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants and via email, as follows:

Andrew Joseph McNulty
Madeline Marie Leibin
Mari Newman
NEWMAN MCNULTY, LLC
1490 Lafayette St., Suite 304
Denver, CO 80218
andy@newman-mcnulty.com
madeline@newman-mcnulty.com
mari@newman-mcnulty.com
*Attorneys for Plaintiff*

Bryan E. Schmid
Nathan James Whitney
Steven Ward Martyn
200 South Cascade Avenue, Suite 150
Colorado Springs, CO 80903
bryanschmid@elpasoco.com
nathanwhitney@elpasoco.com
stevenmartyn@elpasoco.com
*Attorneys for El Paso County Board of Commissioners, Joseph Roybal, Sandra Rincon, Dylan Cox, Kayla Whigham*

Christopher Ryan Jones
GORDON REES SCULLY MANSUKHANI
555 Seventeenth Street, Suite 3400
Denver, CO 80202
crjones@grsm.com
*Attorney for Defendants Wellpath LLC, et al. and George Santini*

Katherine Kelley Otto
Elizabeth K. Salinas-Van Orman
RECHT KORNFELD PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
Katherine@rklawpc.com
Elizabeth@rklawpc.com
*Attorneys for Defendant Zoe Roche*

John Charles Matthews
Morgan S. Nance
WHITE AND STEELE, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO 80202-5406
jmatthews@wsteele.com
mnance@wsteele.com
*Attorneys for Defendant Evie Decker and Pamela Dobyns*

**Sent via email**:

Dylan Cox
11317 Stoney Medows Way
Peyton, CO 80831
jorycox@hotmail.com
*Pro Se Defendant*

Donielle Coddington
7256 Preble Drive
Colorado Springs, CO 80915
Dwatson228@yahoo.com
*Pro Se Defendant*

Nicole Carroll
708 Michigan Avenue
Limon, CO 80828
Nicole.carroll.us@gmail.com
*Pro Se Defendant*

**ROBINSON & HENRY, P.C.**

*s/ Deborah J. Harant*
Deborah J. Harant | Senior Paralegal